**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-2438-R** |
| | ) | |
| **INDEPENDENT SCHOOL DISTRICT NO. 20 OF CADDO COUNTY, OKLAHOMA, a/k/a ANADARKO PUBLIC SCHOOL, a/k/a ANADARKO SCHOOL DISTRICT, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Proceed Under Pseudonym [Doc. No. 9]. Plaintiff, a minor, seeks permission to proceed under a pseudonym because the Complaint places extraordinarily intimate details about his alleged sexual abuse by a teacher into the public record. No party filed a response to the motion.

"Proceeding under a pseudonym in federal court is, by all accounts, an unusual procedure" that is only warranted in "exceptional circumstances." *Femedeer v. Haun*, 227 F.3d 1244, 1246 (10th Cir. 2000) (internal quotation marks omitted). One such exceptional circumstance is where the case involves "matters of a highly sensitive and personal nature" where the movant will suffer more than mere "embarrassment." *Id.* "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir.1992)

(internal quotation marks omitted).

Given the nature of the allegations in this case and Plaintiff's age, the Court is persuaded that this is the rare case where Plaintiff, and his parents, should be permitted to proceed under a pseudonym. However, Plaintiff and his parents may be required to disclose their identity to Defendants upon entry of an appropriate protective order. The parties should redact Plaintiff's true name and other identifying information when filing documents in the public record or seek permission to file unredacted documents under seal.

Accordingly, Plaintiff's Motion to Proceed Under Pseudonym [Doc. No. 9] is GRANTED.

IT IS SO ORDERED this 27th day of October, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**